IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| VERSUS | ) |
| | ) No. 3:09-00218 |
| | ) Judge William J. Haynes, Jr. |
| ABDOLREZA ERFANI, | ) |
| *Defendant.* | ) |

MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant, Abdolreza Erfani, by and through counsel, moves this Court for an Order rescheduling the status conference presently scheduled for October 22, 2012, at 4:00 p.m., to October 19, 2012, at 3:00 p.m. In support, Defendant would show the following:

On October 5, 2012, one of Mr. Erfani's co-defendants, Mehran Gonyaei, filed a Motion to Set Status Conference. (Document Number 248). The Court granted Mr. Gonyaei's motion and scheduled a status conference in this case for October 12, 2012. (Document Number 250). On that same day, counsel for Hassan Shams, filed a motion to continue the October 9, 2012, status conference. (Document Number 251). The next day, Mr. Erfani filed a similar motion. (Document Number 252). The Court granted Mr. Erfani's motion and rescheduled the status conference in his case for Monday, October 22, 2012. (Document Number 254). The Court granted Mr. Shams' motion and rescheduled the status conference in his case for Friday, October 19, 2012, at 3:00 p.m. (Document Number 255). Mr. Shams has filed a motion to cancel the status conference scheduled for this Friday. (Document Number 262). Mr. Erfani is requesting that the status conference in his case be moved from Monday to this Friday. Counsel has

1