IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-218 |
| ) | Chief Judge Haynes |
| REZA KOUSHKBAGHI et al ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The status conference scheduled in this action for **Monday, October 22, 2012** is **CANCELLED.**

It is so **ORDERED**.

ENTERED this the _____ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court