IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:09-00218 |
| | ) | | Chief Judge Haynes |
| FARHAD MATIN | ) | | |

## MOTION TO SET SENTENCING HEARING

Comes now G. Kerry Haymaker, counsel of record for Defendant Farhad Matin and hereby moves this Honorable Court to set a date for a sentencing hearing in the above referenced matter. Counsel would respectfully request, subject to the Court's schedule, that the sentencing hearing be set in the second, third or fourth week of February 2014.

*[Handwritten notation: This motion is granted. The hearing is set for February 14, 2014 at 10:00 am. /s/ [signature] 1-9-14]*

Respectfully Submitted,

HAYMAKER & HEROUX, P.C.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. #18695
Attorney for Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to **Blanche Cook**, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 9th day of January, 2014.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker

1